# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

964 - 12th Street
Imperial Beach, California

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: **07 MJ 2789**

FILED
07 DEC -3 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I __David J. Eaton__ being duly sworn depose and say:

I am a __Special Agent of the Federal Bureau of Investigations__ and have reason to believe

that ___ on the person of or _X_ on the property or premises known as

    **See Attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

    **See Attachment B**

which is the fruits, instrumentalities and evidence

*concerning violations of Title* __18__ *United States Code, Section* __2113(a)__

*The facts to support a finding of Probable Cause are as follows:*

    *See attached affidavit - continued on the attached sheet and made a part hereof.*

                                                         *Signature of Affiant*

*Sworn to before me, and subscribed in my presence*

10/26/07 at 12:15pm   San Diego, California
*Date/Time issued*

Barbara L. Major, United States Magistrate Judge     *Signature of Judicial Officer*
*Name and Title of Judicial Officer*

# AFFIDAVIT

STATE OF CALIFORNIA     )
                        )
COUNTY OF SAN DIEGO     )

## INTRODUCTION

I, David J. Eaton, being duly sworn, depose and say:

## I. EXPERIENCE AND TRAINING

1. I am a Special Agent (S/A) with the Federal Bureau of Investigation (FBI) and have been so employed since June, 1988. I am currently assigned to the San Diego Field Office where my primary duties include the investigation of Bank Robberies and other violent crimes. I have investigated bank robberies for approximately 10 years. I have interviewed individuals charged with committing bank robberies and am familiar with the methods commonly used to commit bank robberies.

## II. PURPOSE OF THIS AFFIDAVIT

2. This Affidavit is made in support of: an application for a warrant to search the location of: 964 - 12th Street, Imperial Beach, California (residence of Tamera Prazma) ( the "SUBJECT PREMISES"). The SUBJECT PREMISES are more fully described in Attachment A, attached hereto and incorporated herein by reference.

3. Based on the facts set forth herein, I believe there is probable cause to believe that Tamera Prazma ("Prazma") has committed bank robbery, in violation of 18 U.S.C. §§ 2113(a).

4. Because this Affidavit is offered for the limited purpose of establishing probable cause for the issuance of a search warrant, it does not contain all the information that the government possesses relative to this investigation.

## III. SCHEDULE OF EVIDENCE TO BE SEIZED

5. A list of the specific items to be seized from the SUBJECT PREMISES is attached hereto, and incorporated herein, as Attachments B. Based on my training and experience, as detailed above, and on information obtained in the course of this investigation, as detailed below, I believe there is probable cause to believe that the items listed in Attachments B will be found at the SUBJECT PREMISES.

## IV. SUMMARY OF INVESTIGATION AND PROBABLE CAUSE TO SEARCH THE SUBJECT PREMISES

6. On Saturday, September 15, 2007, I conducted interviews at the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, which had been robbed on Friday, September 14, 2007.

7. I have learned the following from the victim teller: On Friday, September 14, at approximately 5:10 p.m., the victim teller was working at her teller window when a lone white female, later identified as TAMERA ANNE PRAZMA, approached her teller window. PRAZMA placed a sealed white envelope onto the teller counter. The victim teller asked, "Deposit?" thinking it was a legitimate business transaction. PRAZMA did not respond. The victim teller opened the envelope and found a robbery demand note inside. The demand note read, "DO NOT HIT ALARM. ONLY 100's AND 50's. NO DYE PACKS AND NO BAIT. FOLLOW MY INSTRUCTIONS AND NO ONE GETS HURT. 10K - Put in envelope." PRAZMA held her hands at her side where the victim teller could not see them. The victim teller complied with the demand note and placed U.S. currency from her teller drawer into a bank envelope. PRAZMA took the loot from the victim teller, turned and walked out of the bank via the north lobby doors. The victim teller immediately activated her robbery alarm and told other employees that she had just been robbed. The victim teller looked outside the bank and observed the robber getting into the driver's seat of what she described as a newer model black Ford F250 pickup truck which was parked in the lot just north of the bank. The pickup truck backed out of the parking space and quickly drove away. The victim teller described the robber as follows:

| | |
|---|---|
| Race: | White |
| Sex: | Female |
| Height: | 5'6" - 5'8" |
| Build: | Stocky; large torso |
| Disguise: | Bushy blonde hair past the shoulders; possibly a wig |
| Clothing: | Faded maroon flannel button-down long-sleeved shirt with beige buttons |
| Glasses: | Large, black plastic framed sunglasses |

2

8. I have reviewed Crime/Incident Reports prepared by Deputies of the San Diego County Sheriff's Department. Those reports include the statement of a bank employee/witness who was interviewed on September 14, 2007, shortly after the robbery of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, who advised as follows: Immediately after she was notified that the bank had just been robbed, the witness observed a female matching the robber's description getting into the driver's seat of a dark blue newer model Ford F150 pickup truck bearing California disabled license plate DP0283A. The getaway vehicle backed out of the parking space and fled the area. I have also reviewed the color bank surveillance photographs from that robbery. Based on my review of those photographs, it appears that the bank robber is wearing a peach-colored, long-sleeved, button down, collared shirt with pockets on the left and right chest area, light blue denim jeans, and women's type sandals with crossed straps on the top of each foot.

9. On Wednesday, October 24, 2007, I reviewed a report prepared by the California Department of Motor Vehicles (DMV). The DMV report listed all California disabled license plates assigned to Ford vehicles in the County of San Diego. During my review of that report, I identified vehicle license plate 0283A DP as being assigned to a Ford vehicle. The registered owners of that vehicle were identified as RANDY PRAZMA and TAMERA PRAZMA, 964 - 12th Street, Imperial Beach, California. DMV records described TAMERA PRAZMA as a white female, 5'2" tall, weighing 175 pounds. I obtained a color photograph of TAMERA PRAZMA's California Driver's License.

10. On Thursday, October 25, 2007, at approximately 9:15 a.m., I observed a newer model navy blue Ford F150 pickup truck, bearing California Disabled Plate 0283A DP, parked on the street at the entrance to the west alley of the 900 block of 12th Street, Imperial Beach, California.

11. On Thursday, October 25, 2007, at approximately 9:20 a.m., I contacted TAMERA PRAZMA at 964 - 12th Street, Imperial Beach, California, which she confirmed was her residence. TAMERA PRAZMA also confirmed that the Ford F150 pickup truck bearing California license plate 0283A DP, which was parked nearby, belonged to her and her husband. During that contact, I was accompanied by another FBI Special Agent who informed me that he observed what appeared to be a new flat screen television inside PRAZMA's residence.

12. On Thursday, October 25, 2007, at approximately 10:00 a.m., I interviewed TAMERA PRAZMA at the San Diego FBI Field Office. After being advised of her Constitutional Miranda rights, PRAZMA advised that she wished to speak to her attorney before answering questions. At that point, the interview was terminated and PRAZMA was taken into custody. During the course of the booking process, I observed that PRAZMA's sandals appeared to be identical to the sandals worn by the bank robber as depicted in the surveillance photographs from the September 14, 2007, robbery of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California. PRAZMA's sandals were subsequently seized as evidence.

13. Based on my review of TAMERA PRAZMA's DMV photograph, as well as my personal observations of TAMERA PRAZMA's physique, it appears that TAMERA PRAZMA is the same individual depicted in bank surveillance photographs as the individual who robbed the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, on September 14, 2007.

14. PRAZMA is described as follows:

| | |
|---|---|
| Name: | TAMERA ANNE PRAZMA |
| Race: | White |
| Sex: | Female |
| Date of Birth: | July 6, 1970 |
| Height: | 5'2" |
| Weight: | 200 pounds |
| Hair: | Blonde |
| Eyes: | Brown |
| Social Security #: | 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 |
| Residence: | 964 - 12th Street |
| | Imperial Beach, California |

15. I was advised during the course of my investigation on September 15, 2007, that the deposits of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery on September 14, 2007. The Washington Mutual Bank suffered a loss of $5,700.00 as a result of that robbery. This affidavit

is made in support of an application for a warrant to search 964 - 12th Street, Imperial Beach, California.

## V. CONCLUSION

16. Based upon the information contained in this affidavit, I believe there is probable cause to believe that Prazma robbed the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, on September 14, 2007, in violation of 18 U.S.C. §§ 2113(a).

17. Based on my training and experience, and on discussions with other law enforcement agents, I believe that individuals participating in bank robberies maintain proceeds, evidence of expenditure of those proceeds, disguises used during the robbery, clothing worn during the robbery, and practice demand notes at their place of residence.

David J. Eaton, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 26th DAY
OF October, 2007

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF CALIFORNIA

San Diego, California

5