# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

    964 - 12th Street,

    Imperial Beach, California

FILED
07 DEC -3 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

**SEARCH WARRANT**

**CASE NUMBER:**

**'07 MJ 2789**

TO: <u>Any Special Agent of the Federal Bureau of Investigations</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>FBI Special Agent David J. Eaton</u> who has reason to believe that on the person or X on the premises known as

    **See Attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

    **See Attachment B**

which is the fruits, instrumentalities and evidence concerning violations of **Title 18** United States Code, Sections **2113(a);**.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   11/3/07  
    /Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

10/26/07 at 12:15 pm          at     San Diego, California
Date/Time issued

<u>Barbara L. Major, United States Magistrate Judge</u>      /s/ Barbara L. Major
**Name and Title of Judicial Officer**                    **Signature of Judicial Officer**

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 10/26/07 | DATE AND TIME WARRANT EXECUTED 10/26/07 @ 2:05p | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH RANDY PRAZMA |
| INVENTORY MADE IN THE PRESENCE OF: RANDY PRAZMA | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One pair of black "CROCS" brand sunglasses.

### CERTIFICATION

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

SA David Eaton, FBI

*Subscribed, sworn to, and returned before me this date.*

Barbara L. Major
U.S Judge or Magistrate

12/03/07
Date

<u>ATTACHMENT A</u>

Description of Residence To Be Searched

## 964 - 12th Street
## Imperial Beach, California

The residence is described as a single story residential duplex located in Imperial Beach, California. The unit identified as #964 faces the west alley of the 900 block of 12th Street. The residence has a tan stucco exterior with dark brown wood trim. The front door is located in the center and is set back from the front wall of the residence. A large picture window is located to the left of the front door; and a dark brown garage door is located to the right of the front door. The front door has a half-circle window on the upper portion of the door, and the door is hinged on the right side. Brass numerals "964" are posted on the front wall to the right of the front door and a small decorative sign with the words "The Prazmas" hangs below those numerals. The front lawn is bordered along the alley by a tan block wall with black wrought iron decorative railing and it stands approximately four feet high.

ATTACHMENT B

Any and all evidence related or pertaining to the September 14, 2007 robbery of the Washington Mutual Bank, 2644 Jamacha Road, El Cajon, California, including, but not limited to the following:

1. Clothing and other items worn during the robbery, as depicted in the bank surveillance photographs, to include: A blonde woman's wig; dark plastic-framed sunglasses; light blue denim pants; and a maroon or peach-colored, long-sleeved, button-down shirt with pockets on the left and right chest area.

2. Proceeds from the robbery to include: United States currency, currency straps, other items that may contain bank markings, any items evidencing the expenditure of bank robbery proceeds, including recent sales receipt or items purchased since September 14, 2007.

3. Articles of personal property, including but not limited to writings, correspondence, notes, practice or draft demand notes, maps, telephone records, receipts relating to the planning of the commission of a bank robbery and/or the existence of a conspiracy to commit a bank robbery.

4. Articles of personal property relating to the obtaining, secreting, transfer, expenditure and/or concealment of money and assets derived from the commission of the September 14, 2007, bank robbery, including books, receipts for any significant purchases, records, bank statements and records, credit card statements and records, business records, money drafts, money order and cashiers check receipts, safes, keys to any safes located on the premises, and records of safety deposit boxes and storage lockers.

5. Evidence of Dominion and Control, to include documents and articles of personal property relating to the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the residence and/or vehicle to be searched or property therein, including utility bills, keys, personal identification documents, vehicle registration documents, proof of insurance, and driver's licenses.